AUSA

FILED
MAY 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8477

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Monica AGUILAR-Orozco,<br>Defendant. | Magistrate Case No.:<br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about May 27, 2008, within the Southern District of California, defendant Monica AGUILAR-Orozco, did knowingly and intentionally import approximately 12.08 kilograms (26.58 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

MATHEW KELLEY
Special Agent
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 28th DAY OF MAY 2008.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Monica AGUILAR-Orozco

## STATEMENT OF FACTS

This complaint is based on the personal observations, investigation and information provided to Immigration & Customs Enforcement Special Agent Mathew Kelley.

On May 27, 2008, at approximately 0405 hours, Monica AGUILAR-Orozco entered the United States at the Calexico, California, West Port of Entry. AGUILAR was the driver and sole occupant of a 2000 Ford Escort.

AGUILAR gave a negative Customs declaration to primary Customs and Border Protection (CBP) Officer Chavez. CBP Officer Chavez noticed that the vehicle had few crossings and that AGUILAR was from the Los Angeles area. AGUILAR stated that she purchased the vehicle three weeks prior. CBP Officer Chavez referred AGUILAR and the vehicle to the Vehicle Secondary lot.

During secondary inspection the vehicle was screened by a Canine Enforcement Officer and a Narcotics Detection Dog (NDD). The NDD alerted to the presence of the odor of drugs in the vehicle.

Secondary CBP Officer Espinoza received a negative Customs declaration from AGUILAR. AGUILAR stated that she was on her way to San Bernardino, CA for court. CBP Officer Espinoza stated Aguilar appeared to be nervous during the encounter and avoided eye contact while answering questions.

During an intense inspection of the vehicle a total of nineteen (19) packages was discovered concealed in both rear quarter panels. One of the packages was probed by CBP Officer Espinoza, producing a green leafy substance, which field-tested positive for marijuana. The 19 packages of marijuana had a combined net weight of approximately 12.08 kilograms (26.58 pounds).

AGUILAR was placed under arrest and advised of her Miranda Rights, which she acknowledged and waived, agreeing to answer questions without an attorney

present. AGUILAR stated she was to be paid $300 to $400 to drive the vehicle to the parking lot across the street from the Donut shop on third St. in Calexico. She would leave the vehicle at the lot and return to Mexicali. AGUILAR would receive the vehicle at 1100 and be given permission to utilize the vehicle for a trip to San Bernardino. AGUILAR stated that she was told that four to five kilograms of marijuana would be in the vehicle.